**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case Number:

Sonja Foxe, on behalf of herself and other similarly situated
v.
Menu Foods Inc., Menu Foods Income Fund, Safeway Inc. and John Does 1 through 100

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

07CV2237
JUDGE ST EVE
MAG. JUDGE BROWN

| | |
|---|---|
| NAME (Type or print) | |
| Sonja Fox, on behalf of herself and all other similarly situated | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John H Alexander | |
| FIRM | |
| John H. Alexander & Associates, LLC | |
| STREET ADDRESS | |
| 100 W. Monroe, Suite 2100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 22689 | (312) 263-7731 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

FILED
APR 24 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT