# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sonja Foxe

                Plaintiff,

v.                                              Case No.: 1:07−cv−02237
                                                Honorable Amy J. St. Eve

Menu Foods, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2007:

    MINUTE entry before Judge Amy J. St. Eve : Case called for status hearing. Plaintiff fails to appear.Status hearing is reset for 6/28/2007 at 08:30 AM. Plaintiff is advised that failure to appear on 6/28/2007 at 8:30 am may result in dismissal of this case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.