Foxe v. Menu Foods, Inc. et al                                                                                        Doc. 8

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sonja Foxe

                           Plaintiff,

v.                                            Case No.: 1:07−cv−02237
                                                   Honorable Amy J. St. Eve

Menu Foods, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2007:

       MINUTE entry before Judge Amy J. St. Eve :Status hearing set for 6/28/2007 is stricken and reset to 7/5/2007 at 08:45 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com