## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 2237 | **DATE** | 6/29/2007 |
| **CASE TITLE** | Foxe vs. Menu Foods, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the order entered on 6/8/2007, [45], case number 7 c 2237 (J. St. Eve) shall be reassigned to the calendar of J. Andersen as related to 7 c 1543.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

Dockets.Justia.com