Foxe v. Menu Foods, Inc. et al												Doc. 1

## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Sonja Foxe

                Plaintiff,

v.                                        Case No.: 1:07−cv−02237

                                              Honorable Amy J. St. Eve

Menu Foods, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 3, 2007:

      MINUTE entry before Judge Amy J. St. Eve :Pursuant to order dated 6/29/2007 reassigning this case to Judge Andersen the status set for 7/5/2007 before Judge St. Eve is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com