Foxe v. Menu Foods, Inc. et al                                                                                     Doc. 13

# United States District Court
## Northern District of Illinois

In the Matter of

Foxe

v.

Menu Foods, Inc. Et al

Case No. 7 C 2237

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Amy St. Eve** to be related to **7 C 1543** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Wayne R. Andersen

Dated: June 29, 2007

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Wayne R. Andersen**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL - 5 2007

Finding of Relatedness (Rev. 9/99)

Dockets.Justia.com